**NOT FOR PUBLICATION**                                                **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN T. KARPOWICH, et al.,<br><br>          Plaintiffs,<br>v.<br><br>DIVERSIFIED MAINTEANCE SYSTEMS, et al.,<br><br>          Defendants. | Civil Action No.: 13-6840 (JLL)<br><br>**ORDER** |

      **THIS MATTER** comes before the Court by way of the joint letter of both parties setting forth the basis for this Court's subject matter jurisdiction. The Honorable James B. Clark, United States Magistrate Judge, had ordered the parties to submit such letter after holding an initial conference. The Honorable Dennis M. Cavanaugh, United States District Judge referred the joint letter to Magistrate Judge Clark, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Clark filed a Report and Recommendation in connection with said letter on March 28, 2014. In particular, Magistrate Judge Clark recommended that this action be remanded pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.[1] On April 11, 2014, this case was reassigned to the Honorable Jose L. Linares, United States District Judge and the Honorable Joseph A. Dickson, United States Magistrate Judge. To date, the Court has received no objections with respect to Magistrate Judge Clark's March 28, 2014 Report and Recommendation, and for good cause shown,

      **IT IS** on this **14th day of April, 2014**,

      **ORDERED** that the Report and Recommendation of Magistrate Judge Clark, filed on March 28, 2014 [Docket Entry No. 17], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

---

[1] To the extent Magistrate Judge Clark's Report and Recommendation is construed as suggesting that the matter is remanded pursuant to Federal Rule of Civil Procedure 12(h)(3), this Court clarifies that the matter is remanded, instead, pursuant to 28 U.S.C. § 1447(c).

**ORDERED** that this matter is remanded to the Superior Court of New Jersey, Law Division, Sussex County pursuant to 28 U.S.C. § 1447(c) and it is further

**ORDERED** that this case is **CLOSED**.

Jose L. Linares
United States District Judge